JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EZRA INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADAM SALAZAR,<br><br>Defendant. | Case No. CV 14-9608 CAS (MRW)<br>**ORDER REMANDING ACTION** |

For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

IT IS SO ORDERED.

Dated:  December 22, 2014

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE